UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATIMAH INAS McGEE,

       Petitioner,                                    Case No. 18-cv-10023
                                                      Hon. Matthew F. Leitman

v.

SHAWN BREWER,

       Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                          KINIKIA ESSIX
                                                          CLERK OF COURT

                                       By:    s/Holly A. Ryan
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                                 Dated: June 24, 2022
United States District Judge                             Detroit, Michigan